PEOPLE, PLAINTIFF AND APPELLEE, v. TURULL, DEFENDANT AND
APPELLANT.

Appeal from the District Court of Mayagüez in a Prosecu-
tion for an Offense against the Public Health.

No. 1412.—Decided July 8, 1919.

ADULTERATED MILK—EVIDENCE.—Francisco Solano Laforet and Juan R. Turull
were charged with selling adulterated milk. The former was acquitted and
the judgment against the latter being appealed from, it appears from the
record that the milk sold by Solano Laforet on that day was adulterated,
the evidence for the prosecution having consisted of the testimony of La-
biosa, sanitation inspector, that Turull was not in milkstand No. 15 when
he seized the adulterated milk being sold by Solano, who told Labiosa that
he bought the milk from Turull. With this evidence and the introduction
of a certificate according to which on August 2, 1918, a milkstand was
registered under No. 17, the Government rested its case. *Held:* That such
evidence is insufficient to support the judgment.

The facts are stated in the opinion.
Messrs. *Angel A. Vázquez* and *Abraham Peña* for the ap-
pellant.
Mr. *José E. Figueras,* Fiscal, for the appellee.
MR. JUSTICE ALDREY delivered the opinion of the court.

Francisco Solano Laforet and Juan R. Turull were
charged with selling adulterated milk on December 11, 1918,
in the city of Mayagüez. The former was acquitted, but the
latter was convicted and appealed from the judgment.

It was proved by the prosecution that the milk sold by
Solano Laforet on that day was adulterated with water and
regarding the appellant's liability the evidence for the prose-
cution consisted of the testimony of Lucas Labiosa, sanitation
inspector, to the effect that Turull was not in milk-stall No.
15 when he seized the adulterated milk being sold by Solano,
who told Labiosa that he bought the milk from Turull. The
testimony of the other witness, policeman Francisco Pas-
trana, brought out nothing against the appellant.

After examining these two witnesses and putting in evi-
dence a certificate showing that on August 2, 1918, a milk-
stall was registered under No. 17, the license for which was

issued in the name of Juan R. Turull, the prosecution rested and the appellant forthwith moved for acquittal for lack of evidence. The motion was overruled by the court and then Francisco Solano Laforet was called as a witness and testified that the milk which he was selling was purchased by him from Juan R. Turull and this fact was corroborated by the latter's testimony.

Considering all the evidence examined at the trial, we are of the opinion that appellant Turull is right in maintaining on appeal, as he did in the court below, that the evidence is insufficient to support a judgment of conviction against him, inasmuch as it clearly showed that the adulterated milk was not his but belonged to Solano Laforet who purchased it from him and sold it for his own account, and because the certificate of the milk-stall which Turull registered in his name in May, 1918, under No. 17 does not correspond to milk-stall No. 15 where the milk was sold.

The judgment must be

*Reversed.*

Chief Justice Hernández and Justices Wolf, del Toro and Hutchison concurred.